# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

156342

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SOUTHFIELD EDUCATION ASSOCIATION
and VELMA SMITH,
        Plaintiffs-Appellants,

v

        SC: 156342
        COA: 331087
        Oakland CC: 2015-146751-CL

BOARD OF EDUCATION OF THE
SOUTHFIELD PUBLIC SCHOOLS and
SOUTHFIELD PUBLIC SCHOOLS,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the July 11, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       BERNSTEIN, J., would grant leave to appeal.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk

t0228